COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Iris Williams v. VRM-Vendor Management Duly Authorized Agent
                         for Service Office of Veteran Affairs

Appellate case number:   01-14-00272-CV

Trial court case number:  13-CCV-051775

Trial court:             County Court at Law No. 4 of Fort Bend County

This case involves an appeal from a final judgment in a forcible detainer suit, signed on January 22, 2014. Appellant, Iris Williams, filed her amended notice of appeal on March 31, 2014. *See* TEX. R. APP. P. 25.1, 26.1. The clerk's record was filed on May 1, 2014. A reporter's record has not been filed.

On April 11, 2014, the Clerk of this Court notified appellant that the court reporter responsible for preparing the record in this appeal had informed the Court that appellant had not requested a reporter's record or paid, or made arrangements to pay, for the reporter's record. *See* TEX. R. APP. P. 35.3(b). The Clerk further notified appellant that unless she provided written evidence that she had paid, or made arrangements to pay, for the reporter's record, or provided proof that she is entitled to proceed without payment of costs by May 12, 2014, the Court might consider the appeal without a reporter's record. *See* TEX. R. APP. P. 37.3(c). Appellant has not adequately responded. Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. *See id.*

Appellant's brief is ORDERED to be filed within 30 days of the date of this order. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, is ORDERED to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ Jim Sharp
                    ☑ Acting individually    ☐ Acting for the Court

Date: July 10, 2014